UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EDWARD DOUGLAS RAY,
    Petitioner,

vs.                                   Case No.: 3:22cv5475/MCR/ZCB

RICKY D. DIXON,
    Respondent.
_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation dated April 25, 2025. (Doc. 28). The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 28) is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. 1) is **DENIED**.

3. A certificate of appealability is **DENIED**.

4.  The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 21st day of July 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**